IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.  99-CR-0443-02-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. ROBERT MARQUEZ-TREVIZO,

    Defendant.

---

ORDER EXONERATING BOND

---

    As a result, all the conditions of an appearance bond imposed by the court as a pretrial matter to secure the defendant's release, pursuant to 18 U.S.C. § 3142(c), have been satisfied. Accordingly, it is

    **ORDERED** that the bond in this case is hereby exonerated and the surety or sureties, if applicable, are released.  It is further

    **ORDERED** that the bail funds deposited into the registry of the court shall hereby be released by the clerk of the court, or a designated deputy, to the surety or the defendant.

    DATED: August _17_, 2009, at Denver, Colorado.

BY THE COURT:

By: _____
Walker D. Miller
Senior United States District Judge